AUSA:     Andrew Picek              Telephone:  (313) 226-9100
Special Agent:     Nathan Sutara    Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

United States of America
   v.

Ricardo Pallares

Case: 2:26−mj−30247
Assigned To : Unassigned
Case No.  Assign. Date : 4/30/2026
Description: CMP USA V.
PALLARES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 29, 2026_____ in the county of _____St. Clair_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sutara, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____April 30, 2026_____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly. G. Altman U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2.     I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided

1

for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      Based on the facts below, there is probable cause to believe that on April 29, 2026, Ricardo Pallares violated 18 U.S.C. § 922(g)(1), Possession of a Firearm as a convicted felon.

### BACKGROUND

4.      On April 29, 2026, I was contacted by a member of US Customs and Border Protection regarding a male and female attempting to cross the Blue Water Bridge located in Port Huron, MI, Eastern District of Michigan. During the crossing, CBP found a firearm in their vehicle.

5.      Per CBP, the male driver was identified as Ricardo Pallares (XX-XX-1971).

6.      As Pallares and his female passenger were greeted by CBP Officers prior to leaving the United States and entering Canada, they declared they had a firearm and taser in the center console of the vehicle. CBP directed them to secondary inspection at that time.

7.      During the secondary inspection, CBP Officers located approximately two (2) ounces of suspected methamphetamine in the female passenger's underwear. Both Pallares and his female passenger were detained pending further investigation.

2

8.  The following are photographs of the items seized by CBP:





9.    When inspecting the firearm, CBP Officers discovered it was a Privately Made Firearm with no serial number (also known as a Ghost Gun).

10.    When conducting a criminal history query on Pallares, the following felony convictions were noted:

- 2009: Receive known stolen property x3
    - Superior Court of Los Angeles County
- 2012: Burglary
    - Sentenced to 4 years Prison
        - Superior Court of Los Angeles County

11.    On April 29, 2026, ATF Special Agent Hurt and I conducted a post-

4

*Miranda* interview with the female passenger. During the interview, she stated that Pallares bought the gun for her about one year ago in Athens, Alabama where they reside. They kept the gun for protection in their vehicle, as they drive to move items from one place to another for a living. As a result, she said they sleep most nights in their vehicle and keep it for protection. Pallares had access to the firearm and has previously shot it.

12.     When asked about the suspected methamphetamine, she said they bought approximately two ounces in Los Angeles, CA about a week ago for $400. Both she and Pallares use the meth to stay awake when they have cross-country drives to make. She denied selling the meth and said it was for personal use. She also admitted they usually keep the meth in a bag, however when they were directed to the secondary check point after declaring the gun, she put it in her underwear in an effort to conceal it.

13.     ATF Special Agent Hurt and I then conducted a post-*Miranda* interview with Pallares. He admitted he is a convicted felon and knows he is not allowed to own firearms. When asked about the gun in the car, he said it was the female passenger's gun, but he paid for it. Pallares then said he paid $350 for it, and purchased it in Athens, Alabama, where they live. Pallares said they keep the gun for protection, as they travel often for their job. Pallares further admitted to knowing it was in the center console of the vehicle and having access to it. Pallares

5

also stated he shot the firearm several times at their home in Athens, Alabama.

Specifically, in the backyard.

14.     When asked about the methamphetamine, Pallares ultimately admitted to buying it in Los Angeles, CA about a week ago. He also denied selling it and said it was for personal use.

15.     Because both Pallares and his female passenger admitted to the firearm being purchased in the state of Alabama, I have reason to believe this firearm crossed state lines, thus affecting interstate commerce when it was recovered by CBP Officers in Port Huron, Michigan, Eastern District of Michigan.

## **CONCLUSION**

16.     Based on the above information, I have probable cause that on April 29, 2026, Ricardo Pallares violated 18 U.S.C. § 922(g)(1), Possession of a Firearm as a convicted felon.

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

April 30, 2026

6